UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

LARY FEEZOR,

        Plaintiff,

   v.

H.I. MANAGEMENT OF RANCHO CORDOVA, et al.,

        Defendant.

CASE NO. CIV-06-01638 WBS DAD

<u>ORDER</u>

LARY FEEZOR,

        Plaintiff,

   v.

W2005/FARGO HOTELS (POOL B) REALTY, L.P., et al.

        Defendants.

CASE NO. CIV-07-00074 FCD EFB

       The court has received the Notice and Motion to Relate Cases concerning the above-captioned cases. After review, the court has determined that it is inappropriate to relate or reassign the cases at this time, and therefore declines to do so. This order is issued for informational purposes only, and shall

have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

    IT IS SO ORDERED.

DATED: January 12, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE