1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:   (530) 895-3252
4  Fax:   (530) 894-8244

5  Attorneys for Plaintiff

6

7

8

9
                              UNITED STATES DISTRICT COURT
10
                              EASTERN DISTRICT OF CALIFORNIA
11

12 LARY FEEZOR,                              Case No. CIV. S-06-01638-WBS-DAD

13      Plaintiff,

14 v.                                        **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**

15 H.I. MANAGEMENT of RANCHO CORDOVA,

16      Defendant.
                                        /
17

18

19

20

21

22

23

24

25

26

27

28

Stipulation of Dismissal and [Proposed] Order Thereon                       Feezor v. Hampton Inn
                                                                         CIV. S-06-01638-WBS-DAD

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, LARY FEEZOR, and defendant, H.I. MANAGEMENT of RANCHO CORDOVA, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action with each party to bear their own attorneys' fees and costs.

Dated: March 9, 2007                    DISABLED ADVOCACY GROUP, APLC

                                        /s/ Lynn Hubbard, III
                                        LYNN HUBBARD, III
                                        Attorney for Plaintiff

Dated: March 9, 2007                    BAKER & HOSTETLER, LLP

                                        /s/ Holli Hartman
                                        HOLLI HARTMAN
                                        Attorney for Defendant

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-01638-WBS-DAD, is hereby dismissed with prejudice.

Dated: March 12, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE